1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-00874-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA       No. 2:24-cv-00875-WBS-CSK

12

13                                              No. 2:24-cv-00998-WBS-CSK

14                                              No. 2:24-cv-01013-WBS-CSK

15                                              No. 2:24-cv-01015-WBS-CSK

16                                              No. 2:24-cv-01017-WBS-CSK

17                                              No. 2:24-cv-01050-WBS-CSK

18                                              No. 2:24-cv-01052-WBS-CSK

19                                              No. 2:24-cv-01064 WBS-CSK

20                                              No. 2:24-cv-01065 WBS-CSK

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3    the Court to open a new case for each attempted new pleading and assign it to the Court for

4    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8         Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00874, 2:24-cv-00875, 2:24-cv-

9    00998, 2:24-cv-01013, 2:24-cv-01015, 2:24-cv-01017, 2:24-cv-01050, 2:24-cv-01052, 2:24-cv-

10   01064 and 2:24-cv-1065 are DISMISSED; the Clerk of the Court is directed to close these cases.

11   No further filings will be accepted.

12   Dated:  April 26, 2024

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26   [1] In the caption of 2:24-cv-00875, plaintiff names the Yuba County Superior Court.  To the extent
     plaintiff intended to raise the claims raised in 2:24-cv-00875 in the United States District Court
27   for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-00875 are
     related to Plaintiff's Alameda County criminal conviction.
28

2